In the Matter of the Claim of CATHERINE E. TANNER, Respondent, against TOBACCO TRADE JOURNAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the employer and insurance carrier from an award of the State Industrial Board. The deceased employee sold advertising space for his employer. Appeal is upon the grounds, *first*, that the claimant was not the widow of the deceased, and *second*, that the deceased's death did not result from injuries arising out of and in the course of his employment. The evidence and presumptions are sufficient to support the award. No evidence was offered by the appellants to contradict the evidence given in regard to the marriage certificate of the marriage of the claimant and the deceased. The nature of claimant's employment exposed him to the risk of heat prostration. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MARGARET Cox, Respondent, against ROOSEVELT HOSPITAL and ÆTNA LIFE INSURANCE COMPANY, Appellants; FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the employer and insurance carrier from an award of disability compensation under the Workmen's Compensation Law. The claimant fell on two occasions and sustained injuries to her left knee. The Fidelity and Casualty Company was the insurance carrier as to the first accident, the appellant, Ætna Life Insurance Company, was the insurance carrier at the second accident. The injuries resulted in a permanent partial loss of use of the left leg and an award was made against the employer and both insurance carriers, it being charged equally against the two carriers. This permanent injury was found to be the result of both accidents. The medical evidence as well as the other facts support the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.